JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL VAN DER MAAS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>NVIDIA CORPORATION, a Delaware Corporation; ASUS COMPUTER INTERNATIONAL, a California Corporation; ASUSTEK COMPUTER, INC., a Taiwanese Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 11-CV-8014 ODW (FMOx)<br><br>**CLASS ACTION**<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Assigned to the Hon. Otis D. Wright, II, Ctrm. 11<br><br>Magistrate Judge: Hon. Fernando M. Olguin<br><br>Action Filed on September 27, 2011 |

1    Plaintiff Paul Van der Maas has filed a Notice of Dismissal of this action
2 with prejudice ("Notice").  Having considered the Notice, it is hereby ORDERED
3 that this case is DISMISSED WITH PREJUDICE.

4 March 19, 2012

5                                     _____
                                      Hon. Otis D. Wright, II
6                                     United States District Judge